

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2021

No. 04-21-00279-CV

Maryvel **SUDAY**,
Appellant

v.

Olga Raquenel **SUDAY**, Jorge Suday, Ana Martinez De Suday and Jesus T. Suday behalf of Zayde Mussi-Suday, Hamed Mussi- Suday, Hassem Mussi-Suday, Jorge Eduardo Suday, and David Suday,
Appellees

From the County Court at Law, Val Verde County, Texas
Trial Court No. 3644CCL
The Honorable Stephen B. Ables, Judge Presiding

# O R D E R

The clerk's record was filed July 29, 2021, but it was returned to the District Clerk of Val Verde County because it failed to comply with the Supreme Court Order Directing the Form of the Appellate Record. On August 2, 2021, we ordered Jo Ann Cervantes, the Val Verde County District Clerk, to prepare a clerk's record in compliance with the Supreme Court Order and file it in this court by August 16, 2021.

On August 16, 2021, we received a Notification of Late Record from Brenda Cruz, Assistant Chief Deputy Clerk to Jo Ann Cervantes, the Val Verde County District Clerk, stating the clerk's record could not be filed by August 16, 2021 because of technical issues and that the Val Verde County District Clerk is working to resolve those issues.

We **order Jo Ann Cervantes, the Val Verde County District Clerk** to file the record in this court by September 16, 2021. The Val Verde County District Clerk is advised that the court will not grant a further extension of time unless she (1) establishes there are extraordinary circumstances that prevent her from timely filing the record, (2) advises the court of what efforts have been expended to prepare the record and the status of completion, and (3) provides the court reasonable assurance the record will be completed and filed by the requested extended deadline.

Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," Tex. R. App. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2021.



_____
Michael A. Cruz,
Clerk of Court